Eastern District of Kentucky
F I L E D
APR 2 9 2005
AT LONDON
LESLIE G. WHITMER
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON

CIVIL ACTION NO. 05-CV-07-KKC

RALPH M. ELDRIDGE          PETITIONER

VS:          **JUDGMENT**

CHARLES E. SAMUELS, WARDEN          RESPONDENT

In accordance with the Memorandum Opinion and Order entered contemporaneously with this Judgment, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED AND ADJUDGED**:

(1) The plaintiff has named Charles E. Samuels, the Warden of FCI-Manchester, as the respondent in this 28 U.S.C. §2241 habeas corpus proceeding.

(2) The plaintiff's claims against the respondent are **DISMISSED WITH PREJUDICE**.

(3) Judgment **IS ENTERED** in favor of the respondent.

(4) This is a **FINAL** and **APPEALABLE ORDER**, and there is no just cause for delay.

(5) The Court certifies that any appeal would not be taken in good faith. 28 U.S.C. §1915(a)(3); *McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997); *Kincade v. Sparkman*, 117 F.3d 949 (6th Cir. 1997).

(6) This matter [05-CV-07-KKC] **IS STRICKEN** from the active docket.

This the 28th day of April, 2005.



Signed By:
*Karen K. Caldwell* KKC
**United States District Judge**